IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
KRISTINE JOHNSON,              )
                               )
            Plaintiff,         )       8:04CV518
                               )
      v.                       )
                               )
GAS 'N SHOP, INC., THE CITY    )       ORDER
SCHUYLER, NEBRASKA, LEONARD    )
HILTNER, CHIEF OF SCHUYLER     )
POLICE DEPARTMENT, IN HIS      )
INDIVIDUAL AND OFFICIAL        )
CAPACITY, JOHN DOE, IN HIS     )
INDIVIDUAL AND OFFICIAL        )
CAPACITY,                      )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on plaintiff's motion to amend complaint (Filing No. 25). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion to amend is granted; plaintiff shall have until May 9, 2005, to file her amended complaint.

DATED this 3rd day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court