```
               IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

KRISTINE JOHNSON,              )
                               )
          Plaintiff,           )        8:04CV518
                               )
     v.                        )
                               )
GAS 'N SHOP, INC., THE CITY    )        ORDER
SCHUYLER, NEBRASKA, LEONARD    )
HILTNER, CHIEF OF SCHUYLER     )
POLICE DEPARTMENT, IN HIS      )
INDIVIDUAL AND OFFICIAL        )
CAPACITY, JOHN DOE, IN HIS     )
INDIVIDUAL AND OFFICIAL        )
CAPACITY,                      )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on advice of the parties that they have agreed to mediate this dispute. The Court finds this action should be stayed pending the outcome of such mediation. Accordingly,

IT IS ORDERED that this action is stayed. The parties shall file a written report on or before December 30, 2005, concerning the status of the mediation.

DATED this 30th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court