IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KRISTINE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV518 |
| | ) | |
| v. | ) | |
| | ) | |
| GAS 'N SHOP, INC., THE CITY | ) | ORDER |
| SCHUYLER, NEBRASKA, LEONARD | ) | |
| HILTNER, CHIEF OF SCHUYLER | ) | |
| POLICE DEPARTMENT, IN HIS | ) | |
| INDIVIDUAL AND OFFICIAL | ) | |
| CAPACITY, JOHN DOE, IN HIS | ) | |
| INDIVIDUAL AND OFFICIAL | ) | |
| CAPACITY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the joint stipulation for dismissal with prejudice (Filing No. 73). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party pay their own costs and attorneys' fees.

DATED this 5th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court